RECEIVED
JUL 24 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LARRY DARNELL WHEELER, Plaintiff | CIVIL DOCKET NO. 1:19-CV-443-P |
| VERSUS | JUDGE DRELL |
| WINN CORRECTIONAL, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objection filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that his complaint (Doc. 1) be DENIED and DISMISSED with prejudice under as frivolous 28 U.S.C. §§1915(e)(2)(b) and 1915A as it fails to state a viable claim for the deprivation of constitutional rights.

SIGNED this 24 day of July 2019, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE